# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE

**CALVIN R. CANNON V. STATE OF TENNESSEE**

**Direct Appeal from the Criminal Court for Lincoln County**
**Nos. S0800123, S0800124, S0800125, S0800126, Robert Crigler, Judge**

_____

**No. M2008-02769-CCA-R3-PC - Filed October 1, 2009**

_____

**ORDER**

In this case, Appellant, Calvin R. Cannon, has appealed from the trial court's denial of his four petitions for post-conviction relief. It appears that the petitions arose from four separate judgments of conviction. The record contains four orders denying the petitions and four separate notices of appeal as required by T.C.A. § 40-30-104 (c). However, the Appellate Court Clerk's Office placed the four cases under one docket number for appeal. In the interest of expediting the appeals of these four cases, this Court is consolidating the cases pursuant to Tenn. R. App. P. 16(b).

It is therefore ordered that the four petitions for post-conviction relief in Case Nos. S0800123, S0800124, S0800125, and S0800126 be consolidated for purposes of this appeal.

_____
THOMAS T. WOODALL, JUDGE